# EXHIBIT A

**FORSTER & GARBUS LLP**
*A NEW YORK LAW FIRM*

60 Motor Parkway
Commack, NY 11725-5710

| | |
|---|---|
| RONALD FORSTER - Adm. in NY Only | ANNETTE T. ALTMAN - Adm in NY Only |
| MARK A. GARBUS - Adm. in NY Only | MICHAEL C. DIGIARO - Adm in NY & NJ |
| EDWARD J. DAMSKY - Adm. in NY Only | MICHAEL J. FLORIO - Adm in NY Only |
| JOEL D. LEIDERMAN - Adm. in NY Only | AMY GAVLIK - Adm in NY Only |
| | TESS E. GUNTHER - Adm in NY & CT |
| | TARAH JORDAN - Adm in NY & FL |

5

**PERSONAL & CONFIDENTIAL**

July 10, 2019

BALANCE DUE ▸ $36,400.43
Reference Number ▸
Account Number ▸
Creditor to Whom the Debt is Owed: ABSOLUTE RESOLUTIONS INVESTMENTS LLC
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY SOFI LENDING CORP.
Current Owner ▸ ABSOLUTE RESOLUTIONS INVESTMENTS, LLC

ABRAHAM ROSENFELD

1-631-393-9400
1-800-823-0691Ext. 461
TTY: (631) 393-8368
**Representative Name: MS ROJAS**
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST
Control Number: 7085947

Dear Abraham Rosenfeld,

We are in the process of searching for assets to satisfy the judgment against you.

If non-exempt assets are located, we may send the judgment to an enforcement officer for execution against said assets, unless we can make a satisfactory arrangement to resolve this matter.

To avoid this, it is important that you contact this office to arrange to pay said judgment.

If interest or other charges or fees accrue on this account, after the date of this letter, the amount due on the day you pay may be greater.

Please note that we are required, under federal law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

Please visit our website, www.forstergarbus.com, if you wish to make a payment on your account using your debit card.
Please use the Control Number listed above when making a payment on the website.

Forster & Garbus LLP NYC DCA LICENSE # 2045675
Office Location:  60 Motor Parkway • Commack, NY 11725-5710

▴ DETACH HERE ▴

MAKE CHECK PAYABLE TO: *FORSTER & GARBUS LLP as attorneys* AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, Commack, NY 11725-9030 IN ENCLOSED ENVELOPE

ABRAHAM ROSENFELD

BALANCE DUE ▸ $36,400.43
Reference Number ▸
Creditor to Whom the Debt is Owed: ABSOLUTE RESOLUTIONS INVESTMENTS
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY SOFI LENDING CORP.
Rep. Code ▸ 47
Date ▸ July 10, 2019

➔ Please Note Current          BEST TIME TO CALL

Home Phone # _____ _____

Work Phone # _____ _____          Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030

Cell Phone # _____ _____

R604169V692527

FG5   FG.wfd
F&G5.V4
639607
00001341
Page 1 of 1